# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  ) | | |
| OSWALDO CRUZ, MARY MARTHA<br>LITTLETON, AND ROBERT GREG WINN,<br>on behalf of themselves and a class of those<br>similarly situated,  ) | | |
| )<br>        Plaintiffs,        )<br>)<br>    -against-        )<br>)  | CIVIL NO.  08-cv-05900-MJD-JSM | |
| LAWSON SOFTWARE, INC., LAWSON<br>SOFTWARE AMERICAS, INC.,  )<br>)<br>        Defendants.        )<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  ) | | |

## NOTICE OF ATTORNEY WITHDRAWAL

Notice is hereby given that attorney Llezlie L. Green is withdrawn as counsel for the Plaintiffs from the above-mentioned case.  She ceased her participation when this case was transferred from the Southern District of New York.  Plaintiffs continue to be represented by other counsel, including the undersigned, whose appearances are entered in this matter.

Dated:  January 14, 2009

Respectfully submitted,

*/s/  Christine E. Webber*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Christine E. Webber, CW-0339
1100 New York Ave., NW
Suite 500
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (Facsimile)

**HALUNEN & ASSOCIATES**
Clayton D. Halunen
Charles V. Firth
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 605-4098
(612) 605-4099 (Facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of January, 2009, I electronically filed the Notice of Attorney Withdrawal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered as CM/ECF participants:

Sara Gullickson McGrane
Felhaber, Larson, Fenlon, Vogt, P.A.
220 South Sixth Street
Minneapolis, MN 55402

Richard M. Howard
190 Willis Avenue
Mineola, NY 11501

**Counsel for Defendants**

*/s/  Christine E. Webber*