UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OSWALDO CRUZ,
MARY MARTHA LITTLEJOHN,
ROBERT GREG WINN, and
RANDALL S. PRESTON,
on behalf of themselves and a
class of those similarly situated,

    Plaintiffs,

-against-

LAWSON SOFTWARE, INC.,
LAWSON SOFTWARE AMERICAS, INC.,

    Defendants.

Case No.: 08-5900 (MJD/JSM)

**PROTECTIVE ORDER**

Based upon the foregoing Stipulation of the Parties for Confidentiality [ECF No. 102], it is so Ordered.

Dated:  April 9, 2009      By: *s/ Janie S. Mayeron*
                                                        JANIE S. MAYERON
                                                        U.S. DISTRICT COURT JUDGE

**Error! Unknown document property name.**