UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

OSWALDO CRUZ, MARY
MARTHA LITTLEJOHN, ROBERT
GREG WINN, and RANDALL S.
PRESTON, on behalf of themselves
and a class of those similarly situated,

        Plaintiffs,

v.   **ORDER**
    Civil File No. 08-5900 (MJD/JSM)

LAWSON SOFTWARE, INC.,
and LAWSON SOFTWARE
AMERICAS, INC.,

        Defendants.

_____

Based upon the files, records, and proceedings herein, **IT IS HEREBY**

**ORDERED**:

The jointly-approved, revised Proposed Class Notice [Docket No. 104], filed April 10, 2009, is **APPROVED**.

Dated:   April 15, 2009        s/ Michael J. Davis
        Michael J. Davis
        Chief Judge
        United States District Court