UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

OSWALDO CRUZ, et al.,

      Plaintiffs,

v.                                    **ORDER**
                                    Civil File No. 08-5900 (MJD/JSM)

LAWSON SOFTWARE, INC.,
and LAWSON SOFTWARE
AMERICAS, INC.,

      Defendants.
_____

This matter is before the Court on Defendants' Letter Request to Exceed the Page Limit. [Docket No. 226] Defendants request that the word limit be increased from 12,000 words to 18,000 words. Plaintiffs oppose the request. Based on the circumstances of this particular case and motion, the Court agrees that some increase in the word limit is permissible. However, an additional 3,000 words is sufficient.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1

Defendants' Letter Request to Exceed the Page Limit [Docket No. 226] is **GRANTED IN PART** and **DENIED IN PART** as follows: The word limitation for briefing on Defendants' upcoming motion for summary judgment will be increased as follows: Defendants may use a cumulative total of 15,000 words for their supporting brief and reply, if any; and Plaintiffs may use a total of 15,000 words for their opposition to the motion for summary judgment.

Dated:  July 19, 2010                               s/ Michael J. Davis
                                                    Michael J. Davis
                                                    Chief Judge
                                                    United States District Court